(Reap. Dec. 10273)

FRASERS *v.* UNITED STATES

Entry No. 785243–1/2, etc.

(Decided on rehearing [not published] June 19, 1962)

*Barnes, Richardson & Colburn* for the plaintiff.
*Joseph D. Guilfoyle*, Acting Assistant Attorney General, for the defendant.

LAWRENCE, Judge: The appeals for a reappraisement, enumerated in the schedule attached to and made a part of this decision, involve

the proper value for dutiable purposes of certain table cutlery, smokers' articles, and so forth.

The appeals have been submitted for decision upon a stipulation of the parties hereto, wherein it has been agreed as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court:

1. That on or about the date of exportation of the merchandise the subject of the appeals for reappraisement, enumerated on Schedule "A" hereto attached and made a part hereof, such or similar merchandise was not freely offered for sale for home consumption to all purchasers in the ordinary course of trade in the principal markets of Germany.

2. That on or about the date of exportation of the merchandise involved herein, such or similar merchandise was not freely offered for sale to all purchasers in the ordinary course of trade in the principal markets of Germany for exportation to the United States.

3. That on or about the date of exportation of the merchandise involved herein, such or similar imported merchandise was not freely offered for sale for domestic consumption in the principal markets of the United States to all purchasers in the ordinary course of trade.

4. With regard to the items marked "A" and initialed RM (Examiner's Initials) by Examiner Robert Muir (Examiner's Name) on the invoices covered by the above-entitled appeals, the cost of production as defined in Section 402(f) of the Tariff Act of 1930 is equal to the indicated Deutsche mark figures noted in green ink, less 33⅓%, less 3%, less 4%, plus the proportionate part of the export packing as indicated on the invoice.

5. With regard to the items marked "B" and initialed RM (Examiner's Initials) by Examiner Robert Muir (Examiner's Name) on the invoices covered by the above-entitled appeals, the cost of production as defined in Section 402(f) of the Tariff Act of 1930 is equal to the invoiced unit values, in United States dollars, net, packed.

Upon the record before the court, I find and hold that cost of production, as that value is defined in section 402a(f) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, 91 Treas. Dec. 295, T.D. 54165 (19 U.S.C. § 1402(f)), is the proper basis of value for the articles in issue and that such value is as indicated in paragraphs 4 and 5 of the quoted matter, *supra*. As to all other merchandise, the appeals for a reappraisement, having been abandoned, are dismissed.

Judgment will issue accordingly.